# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Docket Number: **3-05CV-1882M** |
| Plaintiff, | |
| V. | |
| SIMRAN INVESTMENTS, INC. d/b/a/ Only $1.00 and Nothing Over $1.00 | |
| Defendant, | |

TO: (Name and address of defendant)
Salim Khoja, Registered Agent for:
SIMRAN INVESTMENTS, INC. d/b/a Only $1.00 and Nothing Over $1.00
2656 Perth Street
Dallas, Texas 75224

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
DEVIKA S. DUBEY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
DALLAS DISTRICT OFFICE
207 SOUTH HOUSTON STREET, 3rd Floor
DALLAS, TEXAS 75202-4726
(214) 253-2764 (Office)  (214) 253-2749 (Fax)

an answer to the complaint which is herewith served upon you, within ~~20~~ 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**                                      SEP 2 3 2005

_____                              _____
Court Clerk                                            Date

_____
(by) Deputy Clerk